# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134003

LAWRENCE HUGHES and LILLIAN
HUGHES, as personal representatives of
the Estate of STEVEN MICHAEL LLOYD,
and BERT SMITH, Individually and as
Next Friend of MICHAEL C. SMITH,
            Plaintiffs-Appellees,

and

BROCK ANTHONY LLOYD,
            Intervening Plaintiff,

v                                                        SC: 134003
                                                         COA: 256652
                                                         Jackson CC: 02-001766-NO
JACKSON COUNTY ROAD COMMISSION,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

d0830                                                    Clerk